IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NOS. 3:12 MJ 224

| United States of America | ) | ORDER TO SEAL |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| GLEN ADKINS, JR. | ) | |
| Defendant, | ) | |

On the government's motion to seal in the above-captioned file, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal each this file until further order of the Court.

Signed this the 26th day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE