IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CR-259-RJC-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| GLENN ADKINS, JR., ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Second Motion To Partially Unseal" (Document No. 159) filed December 12, 2014. Having carefully considered the motion and the record, and noting that Defendant Adkins does not oppose the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Second Motion To Partially Unseal" (Document No. 159) is **GRANTED**.

Signed: December 12, 2014

David C. Keesler
United States Magistrate Judge