IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:12-CR-259-RJC-DCK

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| GLENN ADKINS, JR., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion Of United States Of America To Authorize Payment From Inmate Trust Account" (Document No. 283) filed September 24, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. The undersigned notes that the *pro se* Defendant has filed two responses to the Government's motion (Document Nos. 284 and 285). In order to fully evaluate the arguments that Defendant presents in response to the Government's motion, the undersigned will direct that the Government file a reply to address Defendant's arguments in Document Nos. 284 and 285.

**IT IS, THEREFORE, ORDERED** that the Government shall file a reply brief that addresses Defendant's arguments set forth in Document Nos. 284 and 285 on or before **October 15, 2021**.

**SO ORDERED**.

Signed: October 6, 2021

David C. Keesler
United States Magistrate Judge