IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CR-00259-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GLENN ADKINS JR. (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se to disclose the presentence report in this case to a third-party "agent." (Doc. No. 308).

The defendant seeks to circumvent a Bureau of Prisons regulation against inmates possessing presentence reports. (Id. at 1-2). Presentence reports are filed under seal and may be provided to a defendant's attorney. 18 U.S.C. § 3552(d); Fed. R. Crim. P. 32(e)(2). The defendant has not shown legal authority to provide a presentence report to his friend.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is DENIED.

The Clerk is directed to certify copies of this order to the defendant, the United States Attorney, and the United States Probation Office.

Signed: April 10, 2024

Robert J. Conrad, Jr.
United States District Judge